IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-01632WDM-PAC

LAZARO ESCAJEDA,

    Plaintiff,

v.

CITY OF PUEBLO,

    Defendant.

---

**NOTICE OF DISMISSAL**

---

    The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on February 21, 2006.

                                                 BY THE COURT:

                                                 s/ Walker D. Miller
                                                 United States District Judge

PDF FINAL